*United States District Court*

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA

v.

PLESTER LEE CROWELL
FRANCISCO RODRIGUEZ
JERRY HOLLAND
DIMARCUS SHELLING
JOSE CARILLO
PEDRO RODRIGUEZ-PALMA
   A.K.A. JESUS HUMBERTO MORALES

## CRIMINAL COMPLAINT

CASE NUMBER: 3:10mj9-SRW

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __February 18, 2010__, in __Russell__ county and elsewhere within the __Middle__ District of __Alabama__ defendant(s) did, (Track Statutory Language of Offense)

possess with intent to distribute controlled substances,

in violation of Title __21__ United States Code, Section(s) __841__. I further state that I am a(n) __Special Agent with Drug Enforcement Administration__ and that this complaint is based on the following facts:
       Official Title

SEE ATTACHED AFFIDAVIT WHICH IS INCORPORATED BY REFERENCE

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

February 19, 2010     at     Montgomery, Alabama
Date                                        City and State

Susan Russ Walker, U. S. Magistrate Judge        _____
Name & Title of Judicial Officer                       Signature of Judicial Officer

Affidavit

I, Thomas J. Halasz, make the following statement under penalty of perjury. I am employed as a Special Agent with the U.S. Drug Enforcement Administration (DEA) and have been so employed for the past 23 years. The information in this affidavit consists of personal knowledge and information related by other law enforcement officers. Based on this information I have probable cause to believe that Jose A. Carrillo, Pedro Rodriguez-Palma, Francisco Rodriguez-Palma, Jerry Holland, Dimarcus Shelling, and Plester Lee Crowell have violated the illegal drug offenses set forth in Title 21 United States Code Section 841.

Agents of the DEA Montgomery Resident Office received information on February 18, 2010 that an amount of marijuana between 1,000 and 1,500 pounds would be unloaded from a tractor-trailer at 107 Martin Luther King Drive in Phenix City, AL. As a result, agents established surveillance at that location, a commercial building subsequently identified as Crowell Auto Repair. During the evening hours of February 18, 2010, agents saw a tractor-trailer truck arrive at 107 Martin Luther King Drive Phenix City, AL and back into a garage bay. The truck remained at that location for approximately one hour while several persons could be seen unloading items from the trailer. Periodically during this time, officers saw large black bales fall to the ground from the back of the trailer.

Subsequently, agents saw the tractor-trailer leave the lot and a chain link security gate was locked immediately afterward. Persons were observed staying in the building. Surveillance was maintained on 107 Martin Luther King Drive in anticipation of other persons arriving. After a period of time, agents saw a person leave the building and drive a pickup truck to the locked gate. As the gate was unlocked, agents entered the property and secured the pickup truck and the driver, who was identified as Plester Lee Crowell. Crowell was armed with a pistol. Agent entered and secured the building. Jose Carrillo, Francisco Rodriguez, Jerry Holland, Dimarcus Shelling and a person who verbally identified himself as Jesus Humberto Morales were found in the garage bay with a large amount of marijuana in plain view on the floor and tables. Fingerprint identification determined that Morales has been previously arrested as Pedro Rodriguez-Palma.

After being provided with his Miranda Rights, Plester Crowell identified himself as the owner of Crowell Auto Repair and signed a consent search authorization for his business. Agents found marijuana scales, cutting tools, wrapping material and ledgers recording weights were seized. There were 96 bales of marijuana seized with an approximate average weight of 12 pounds. The total marijuana seized is therefore estimated at 1,150 pounds.

Thomas Halasz/Special Agent